

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2019

No. 04-18-00979-CR

Ex parte Jose Jaime De Hoyos,
Appellant

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 3684
David R. Saucedo, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Patricia O. Alvarez, Justice
                Irene Rios, Justice

Appellant has filed a motion to designate Roberto Serna, District Attorney of the 293rd Judicial District, lead counsel in this appeal. The motion, which is signed by Mr. Serna and the current lead counsel, Jaime A. Iracheta, County Attorney for Maverick County, complies with Rule 6.1(c) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 6.1(c) (establishing the procedure for designating a new lead counsel on appeal).

Appellant's motion is GRANTED. Mr. Serna is designated lead counsel for the appellant in this appeal.

It is so **ORDERED** on April 5, 2019.

**PER CURIAM**

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court